IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES E. GRAHAM,                                                    CV. 07-265 KI

                 Plaintiff,                            JUDGMENT

                 v.

MICHAEL E. ASTRUE,
Commissioner of Social Security,

                 Defendant.

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       Dated this ___2nd___ day of January, 2008.

                                                  /s/ Garr M. King
                                                  GARR M. KING
                                                  United States District Judge